UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FERNANDO GARCIA MACIEL                    Case No.: 6:16−cv−00854−MC
Plaintiff(s),

v.

MCFARLAND CASCADE POLE
&LUMBER COMPANY, et al.
Defendant(s).

_____ /

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

　　　　Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 8/29/16

Signature: _____

Name and OSB ID: Corinna Spencer-Scheurich 130147

E-mail Address: Corinna@nwjp.org

Firm Name: Northwest Worker Justice Project

Mailing Address: 812 SW Washington Site 225

City, State, Zip: Portland OR 97205

Parties Represented: Fernando Garcia Maciel

cc: Counsel of Record