John A. Berg, OSB No. 120018
jberg@littler.com
Matthew A. Tripp, OSB No. 154394
mtripp@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR  97204
Telephone:	503.221.0309
Fax No.:	503.242.2457

Attorneys for Defendants
MCFARLAND CASCADE POLE & LUMBER COMPANY, MCFARLAND CASCADE HOLDINGS, INC., and STELLA-JONES CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **FERNANDO GARCIA MACIEL,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**MCFARLAND CASCADE POLE & LUMBER COMPANY,** a foreign business corporation**, MCFARLAND CASCADE HOLDINGS, INC.,** a foreign business corporation**, AND STELLA-JONES CORPORATION,** a foreign business corporation,<br><br>Defendants. | Case No.: 6:16-cv-00854-MC<br><br>NOTICE OF APPEARANCE |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEY(S) OF RECORD:

Please take notice that Matthew A. Tripp of Littler Mendelson, P.C. makes an appearance on behalf of Defendants McFarland Cascade Pole & Lumber Company, McFarland Cascade Holdings, Inc., and Stella-Jones Corporation.  John A. Berg remains lead counsel for Defendants herein.

Dated:  September 19, 2016

LITTLER MENDELSON, P.C.

*/s/ Matthew A. Tripp*
John A. Berg, OSB No. 120018
jberg@littler.com
Matthew A. Tripp, OSB No. 154394
mtripp@littler.com

Attorneys for Defendants
MCFARLAND CASCADE POLE & LUMBER COMPANY, MCFARLAND CASCADE HOLDINGS, INC., and STELLA-JONES CORPORATION

Firmwide:142818476.1 083952.1008

Page 2 – NOTICE OF APPEARANCE

LITTLER MENDELSON, PC
121 SW Morrison, Suite 900
Portland, OR  97204
Tel: 503.221.0309